# UNITED STATES DISTRICT COURT

District of   COLUMNIA

Marc-Pierre Hall

Plaintiff

V.

United States et. al.

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 07-1149 UNA

I, _____ declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant/respondent   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion. Under "Imminent Danger".

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  USP Allenwood, PA 17887

   Are you employed at the institution?  No   Do you receive any payment from the institution?  No

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions. attached USP Allenwood only. Submitted a previous application.

2. Are you currently employed?   ☐ Yes   ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. (2002) USP Terre Haute, In. Food Service $16.00 pmo

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☑ |
   | b. | Rent payments, interest or dividends | ☐ | ☑ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☑ |
   | d. | Disability or workers compensation payments | ☐ | ☑ |
   | e. | Gifts or inheritances | ☑ | ☐ |
   | f. | Any other sources | ☑ | ☐ |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

RECEIVED
MAR 00 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

4. Do you have **any** cash or checking or savings accounts?  ☑ Yes   ☐ No

   If "Yes," state the total amount. $27.97 See attached (encumbered)

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

   Cannot support / NA

I declare under penalty of perjury that the above information is true and correct. I am applying under "Imminent Danger" as the Petition discloses.

___3/2/2007___     _____
Date                        Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| _____  _____ <br> United States Judge        Date | _____  _____ <br> United States Judge        Date |

# Inmate Statement

| | | | |
|---|---|---|---|
| Inmate Reg #: | 11691058 | Current Institution: | Allenwood FCC |
| Inmate Name: | HALL, MARC | Housing Unit: | ALP-Z |
| Report Date: | 02/20/2007 | Living Quarters: | Z08-201L DS |
| Report Time: | 12:58:19 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ALX | 2/12/2007 8:24:39 AM | 1 | | | Sales | $0.00 | | $27.97 |
| ALX | 2/5/2007 8:19:51 AM | 5 | | | Sales | ($0.16) | | $27.97 |
| ALX | 2/5/2007 12:10:02 AM | FMARD052 - 1456 | | | Debt Encumbrance - Released | | $6.24 | -------- |
| ALX | 2/5/2007 12:10:02 AM | FMARD052 - 1345 | | | Debt Encumbrance - Released | | $1.16 | -------- |
| ALX | 2/5/2007 12:10:02 AM | FMARD052 | | | Postage | ($7.40) | | $28.13 |
| ALX | 2/4/2007 9:09:03 PM | 33309107 | | | Western Union | $25.00 | | $35.53 |
| ALX | 2/4/2007 9:09:03 PM | 5MARD606 - 1455 | | | Debt Encumbrance | | ($5.00) | -------- |
| ALX | 2/4/2007 9:09:03 PM | FMARD052 - 1456 | | | Debt Encumbrance | | ($6.24) | -------- |
| ALX | 2/4/2007 9:09:03 PM | FMARD053 - 1457 | | | Debt Encumbrance | | ($13.76) | -------- |
| ALX | 1/29/2007 8:32:21 AM | 1 | | | Sales | $0.00 | | $10.53 |
| ALX | 1/24/2007 8:12:06 AM | TX012407 | | | Transfer - In from TRUFACS | $10.53 | | $10.53 |
| ALX | 1/24/2007 8:12:06 AM | FMARD095 - 1346 | | | Debt Encumbrance | | ($0.25) | -------- |
| ALX | 1/24/2007 8:12:06 AM | GLEWD051 - 1349 | | | Debt Encumbrance | | ($0.35) | -------- |
| ALX | 1/24/2007 8:12:06 AM | FMARD052 - 1345 | | | Debt Encumbrance | | ($1.16) | -------- |
| ALX | 1/24/2007 8:12:06 AM | FMARD100 - 1347 | | | Debt Encumbrance | | ($1.54) | -------- |
| ALX | 1/24/2007 8:12:06 AM | GLEWD005 - 1348 | | | Debt Encumbrance | | ($7.07) | -------- |

**Total Transactions: 16**

| | | Totals: | $27.97 | ($27.97) |
|---|---|---|---|---|

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| ALX | $0.00 | $0.00 | $27.97 | $0.00 | $0.00 | $0.00 | $0.00 | $27.97 |
| Totals: | $0.00 | $0.00 | $27.97 | $0.00 | $0.00 | $0.00 | $0.00 | $27.97 |