FILED

JUN 27 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States District Court
Washington, DC

In re Marc-Pierre Hall,
    Petitioner,

vs.

United States et. al.
    Respondents,

---

Permanent Restraining Order
And Request For Injunctive
Relief

---

The Honorable Court is hereby requested to either enjoin and/or compel the actions of respondents as structured herein below to deter and restore the "status Quo" of law.

May the Court:

1. Enjoin the BOP Agency from enforcing and engaging in fraudulent accounting practices that extorts inmates causing discriminative encumberances, effective immediately.

2. Compel the BOP Agency to adjust Petitioner's encumbered prison account and further establish a national payment plan of 20% per month toward balances or income over $10.00 monthly, identical to the (IFP) statute 28 USC 1915 et. seq. effective immediately.

3. Enjoin the BOP Agency from "abridging/obstructing", by delay and interference, Prisoners including Petitioner's mail including incoming and outgoing and to establish a legal systematic

3

In re Hall vs. USA / ORDER

(2)

method of. use of (199) payment forms to advance postage combined with the 20% deduction plan.; effective immediately.

4. Enjoin the enforcement of the contract under the Economy Act between the U.S Dept. of Treasury and the Bank of America for inmate deposits until such time Petitioner's Fraudulent encumberances are complied with by the BOP Agency pursuant To the Court's Order; effective immediately.

5. Compel the BOP Agency to Audit all inmate accounts from Marion, ILL from (2002 to present) and all other facilities nationwide for the past (5-10 yrs.) and enjoin the contract between the U.S Dept. of Treasury and the Bank of America under the Economy Act from inmate deposits until such time all accounts are cleared by audit; effective immediately.

6. Compel the BOP Agency et. al. to correct all violations heretoattached within their prospective areas within (90) days of Court Order; compelling the BOP Agency to comply with all inhumane conditions immediately under their duty of care pursuant 18 USC 4042 91-4.

7. Further enjoin the BOP Agency from violating Congressional mandates 42 USC 1997e(2)(b)(2) clauses 4, 5 compelling independent review; effective immediately.

Respectfully Submitted
this day 2/14/2007

(3)     In re Hall v. USA et al. /ORDER

Certificate of Service

1,  duly depose under penalty of perjury 28 USC 1746 that a copy was mailed first class postage to:

1. U.S District Court Dist. of Columbia, W. DC 20001

this day 2/14/2007