United States District Court
District of Columbia
Case No. 1:07CV01149-UNA

Marpierre Hall,           ) Motion for Extention of
    Plaintiff,            ) Time
vs.                       )
United States et. al.     )
    Defendants,           )

    Plaintiff respectfully requests an extention of time to comply with the Courts Order to submit the (6) month account statement.
    Petitioner has been in transit and segregated and did not receive the Order until July 3, 2007 at USP Victorville, CA.

Respectfully Submitted
This day 7/3/07

28 USC 1746

Certificate of Service

I ( ) duly depose under penalty of perjury 28 USC 1746 that a copy was mailed to:
1. U.S District Court 333 Constitution Ave. NW W. DC 20001.

This day 7/3/2007