# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARC PIERRE HALL | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Civil Action No. 07- 1149 RMC |
| v | ) | |
| | ) | |
| UNITED STATES, et al., | ) | |

## REASSIGNMENT OF CIVIL CASE
### (non-calendar committee)

The above entitled action was assigned on August 28, 2007 from Unassigned (9098)

to Judge Collyer because the plaintiff has satisfied the requirements of the PLRA.

NANCY MAYER-WHITTINGTON, CLERK

By: La Tanau Scott
Deputy Clerk

CC:   Judge Collyer
& Courtroom Deputy