United States District Court
District of Columbia
Case No. 07 1149 RMC

In re Marc Pierre Hall,
    Petitioner,

vs.

BOP Agency et. al.,
    Respondents,

Motion for Extension
of Time To file
Supplement Pleadings

RECEIVED
SEP 7 – 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

    Petitioner respectfully requests this Honorable Court to "Grant" an extension of time to file his supplemental pleadings to have an arrest warrant pursuant to 18 USC 1956; 2, 952 duly expunged due to no trial afforded under due process of law.

    Petitioner states for good cause that he is segregated without his legal property to access this court.

    Wherefore, it is so prayed upon the court.

this day 9/5/07

Respectfully Submitted

Certificate of Service

depose under 28 USC 1746 a copy was mailed to:
1. U.S Dist. Court 333 Const. Ave, NW W.DC 2001

this day 9/5/07