United States District Court
District of Columbia
Case No. 07 1149 RMC

In re Marc P. Hall,
    Petitioner,

vs.

BOP Agency, et. al.
    Respondent,

Motion for Order To Release legal Property And Proper Supplies To Adequately Access The Court

RECEIVED
SEP 7 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Petitioner respectfully requests this Honorable Court to ORDER:

1. The Warden J.L. Norwood at (USP) Victorville, Adelanto, California to immediately release Mr. Hall's legal property;

2. The Warden J.L. Norwood at same prison to supply adequate envelopes, paper etc. to access the Courts; to include order access to the Law library.

Supporting Law: The S.Ct. in Bounds v. Smith, 430 US 817 (1977) held that prison officials must supply

Hall v. BOP et. al.
Case # 071149RMC

(2)

"tools necessary" to adequately access the court for a meaningful and effective appeal etc.

2. Mr. Hall is being denied adequate supplies of envelopes, paper and denied for weeks access to the law library in segregation including denied his legal property.

3. The S.Ct. in Bounds held that prison officials "Must" assist inmates in the preparation and filing of meaningful legal papers by providing prisoners with "adequate law libraries" or "adequate assistance from persons trained in the law."

4. (USP) Victorville does not have cell delivery service for segregated inmates.

Wherefore pursuant to penalty of perjury 28 USC 1746 I so depose the foregoing true to the best of my knowledge requesting the Court to intervene in which Petitioner has several open pending litigations.

This day 9/5/2007
Respectfully Submitted,
/W./

Certificate of Service

I, /W./, depose under penalty of perjury 28 USC 1746 that a copy was mailed to:

1. U.S District Court 333 Const. Ave. N.W. WDC 20001

This day 9/5/2007
/W./