**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of ___**Columbia**___

TO:

**Harley Lappin, Director**
**Bureau of Prisons**
**320 First St., NW**
**Washington, DC 20534**

Civil Action, File Number __**07-1149   RMC**__

__**Marc P. Hall**__

v.

__**United States, et al**__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within
____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation,
unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If
you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ____ days, you (or the party on whose behalf you
are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the
complaint within ____ days of the date those documents were sent. If you fail to do so, judgment by default will be taken against you for the

_07-1149      911-07    PET_

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br><br>**Harley Lappin, Director**<br>**Bureau of Prisons**<br>**320 First Street, NW**<br>**Washington, DC 20534** | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  7003 2260 0000 4984 5792 | |
| PS Form 3811, February 2004     Domestic Return Receipt | 102595-02-M-1540 |

of Summons and Complaint By Mail was

_____
S Official)

OMPLAINT

mplaint in the above captioned manner at

and Street Name or P.O. Box No.

Zip Code

RECEIVED

SEP 27 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED

SEP 27 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Form USM-299
(Rev. 6/95)