**U.S. Department of Justice**
**United States Marshals Service**

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO: Department of Treasury
1500 Pennsylvania Ave., NW
Washington, DC 20220

Civil Action, File Number __07-1149 RMC__

__Marc P. Hall__

V.

__United States, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

[ACKN]OWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, [or] other entity, you must indicate under your signature your relationship to that entity. If [not] authorized to receive process, you must indicate under your signature your authority.

[...] 2 of this form to the sender within ____ days, you (or the party on whose behalf you [are served]) incurred in serving a summons and complaint in any other manner permitted by law.

[If you do not complete] this form, you (or the party on whose behalf you are being served) must answer the [complaint within the time they] were sent. If you fail to do so, judgment by default will be taken against you for the [relief demanded in the complaint.]

[This] Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was [mailed on ____]

Signature *(USMS Official)*

### [ACKNOWLEDGMENT] OF RECEIPT OF SUMMONS AND COMPLAINT

[I received] a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive
Service of Process

_____
Date of Signature

**Green Card Section (Sender):**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name) — SEP 2 6 2007

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0000 4984 5785

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

1. Article Addressed to:
Department of Treasury
1500 Pennsylvania Ave., NW
Washington, DC 20220

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**Stamps:** RECEIVED OCT 4 - 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

Form USM-299
(Rev. 6/95)