UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MARC PIERRE HALL, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 07-1149 (RMC) |
| UNITED STATES OF AMERICA, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Plaintiff Marc Pierre Hall, proceeding *pro se*, has filed separate motions to (1) add attachments to the complaint, (2) enlarge the time to supplement the complaint, (3) supplement the complaint and (4) compel his warden to release his "legal property" and to provide him with proper supplies to litigate his case. For the following reasons, the Court will grant the motion to supplement and deny the remaining motions.

Because the defendants have yet to appear in the case and file a responsive pleading,[1] Mr. Hall may amend the complaint once without leave of court. Fed. R. Civ. P. 15(a). Therefore, his proffered attachments [Dkt. No. 7] are deemed filed. "Upon motion," a party may be permitted to file a supplemental pleading to set "forth transactions or occurrences or events which have happened since the date of the pleading sought to be supplemented." Fed. R. Civ. P. 15(d). The Court will allow Mr. Hall to file his "Supplement Injunction" [Dkt. No. 16], to which defendants are advised to plead or otherwise respond when responding to the complaint.

---

[1] According to the docket, defendants' response is not due until November 19, 2007.

Mr. Hall seeks an enlargement of time "to file his supplemental pleadings to have an arrest warrant . . . duly expunged due to no trial afforded under due process of law." *See* [Dkt. No. 10]. This action for mandamus relief concerns plaintiff's conditions of confinement resulting from an imposed sentence. *See* Pet. [Dkt. No. 1]. Granting time for plaintiff to file a pleading that is wholly unrelated to the complaint would be a futile exercise.

Mr. Hall seeks an order to compel his warden at the Victorville United States Penitentiary in Adelanto, California, to act. His warden is not a party to this case, Thus, the Court is "powerless to issue an injunction against" the warden. *Citizens Alert Regarding the Environment v. U.S. E.P.A.,* 259 F. Supp. 2d 9, 17 n.7 (D.D.C. 2003) (*citing* Fed. R. Civ. P. 65(d)).

Accordingly, it is

**ORDERED** that Mr. Hall's motion to amend the complaint [Dkt. No. 7] is **DENIED** as moot; it is

**FURTHER ORDERED** that Mr. Hall's motion to supplement the complaint [Dkt. No. 16] is **GRANTED**; it is

**FURTHER ORDERED** that Mr. Hall's motion to enlarge the time to file supplemental pleadings [Dkt. No. 10] is **DENIED**; and it is

**FURTHER ORDERED** that Mr. Hall's Motion for Order to Release Legal Property and Proper Supplies to Adequately Access the Court [Dkt. No. 11] is **DENIED**.

/s/
ROSEMARY M. COLLYER
United States District Judge

Date: October 22, 2007