UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARC PIERRE HALL | )<br>)<br>)<br>) Civil Action No.: 07-1149 (RMC)<br>Plaintiff )<br>v. )<br>)<br>UNITED STATES OF AMERICA, et al. )<br>)<br>)<br>Defendants. )<br>) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Kenneth Adebonojo as counsel for the Federal Defendants in the above-captioned case.

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of October, 2007, I caused the foregoing Praecipe to be served on Pro Se Plaintiff, **Marc Pierre Hall**, via U.S. postage addressed as follows:

**MARC PIERRE HALL**
R11691-058
Victorville U.S. Penitentiary
P.O. Box 5500
Adelanto, CA 92301

                                                                         /s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov