UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARC PIERRE HALL, <br><br> **Plaintiff** <br><br> v. <br><br> UNITED STATES, <br> BUREAU OF PRISONS, <br> U.S. MARSHALS, <br> DEPARTMENT OF TREASURY, <br> HARLEY LAPPIN, Director, <br> ALBERTO GONZALES <br><br> **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-1149 (RMC) <br> ) (ECF) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS' MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants, respectfully request an enlargement of time to and including January 7, 2008, to file an answer or otherwise respond to the complaint in this case. In support of this motion, Defendants state the following:

1. On June 27, 2007, Plaintiff, filed a Petition for Writ of Mandamus alleging various violations, *inter alia* at the prison facility where Plaintiff is currently housed, against the United States, Bureau of Prisons, U.S. Marshals, Department of Treasury, Harley Lappin, Director of the Bureau of Prisons, and against the former U.S. Attorney General Alberto Gonzales.[1]  Defendants' answer or other response is due November 19, 2007.

2. The Plaintiff has named multiple Defendants in his complaint and as a result, the

---

[1] Plaintiff has titled the former Attorney General Alberto Gonzales as U.S. Attorney in the case-caption of his complaint.

additional time is needed to enable the undersigned to conclude discussions with the multiple Agency Counsels assigned regarding issues that are pertinent to Defendants' response.

3. This is Defendant's first request for an extension, which takes into consideration the upcoming holiday season.

4. Because Plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned has not attempted to contact plaintiff regarding his position on this motion.

WHEREFORE, Defendants request that this enlargement be granted. A minute order is requested.

November 16, 2007                              Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


_____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7157
(202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

I certify I that on this 16th day of November 2007, I caused the foregoing Defendant's Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint to be served on Plaintiff via first-class mail postage prepaid to:

Marc Pierre Hall, *pro se*
R11691-058
Victorville United States Penitentiary
P.O. Box 5500
Adelanto, CA 92301

　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　KENNETH ADEBONOJO
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　Judiciary Center Building
　　　　　　　　　　　　　　　　　　　　555 4th Street, N.W. – Civil Division
　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20530
　　　　　　　　　　　　　　　　　　　　(202) 514-7157
　　　　　　　　　　　　　　　　　　　　(202) 514-8780 (facsimile)