UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARC PIERRE HALL,<br><br>       **Plaintiff**<br><br>       v.<br><br>UNITED STATES,<br>BUREAU OF PRISONS,<br>U.S. MARSHALS,<br>DEPARTMENT OF TREASURY,<br>HARLEY LAPPIN, Director,<br>ALBERTO GONZALES<br><br>       **Defendants.** | Civil Action No. 07-1149 (RMC)<br>(ECF) |

### DEFENDANTS' MOTION TO ENLARGE TIME
### TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants respectfully request an enlargement of time to and including February 7, 2008, to file an answer or otherwise respond to the complaint in this case. In support of this motion, Defendants state the following:

    1.    Plaintiff's petition for Writ of Mandamus alleges various violations against the United States, Bureau of Prisons, U.S. Marshals, Department of Treasury, Harley Lappin, Director of the Bureau of Prisons, and against the former U.S. Attorney General Alberto Gonzales.[1]  Defendants' answer or other response is due January 7, 2008.

    2.    In preparing a response to Plaintiff's filing, Defendants discovered that Plaintiff has filed several actions that have been dismissed.  Defendants are requesting the additional time

---

[1] Plaintiff has titled the former Attorney General Alberto Gonzales as U.S. Attorney in the case-caption of his complaint.

to determine whether to incorporate this argument into their response or prepare to file a separate application based on the referenced dismissals only.

3.  Because Plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned has not attempted to contact plaintiff regarding his position on this motion.[2]

WHEREFORE, Defendants request that this enlargement be granted.  A minute order is requested.

January 4, 2008                                       Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7157
(202) 514-8780 (facsimile)

---

[2]     Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

**CERTIFICATE OF SERVICE**

I certify I that on this 4th day of January 2008, I caused the foregoing Defendants' Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint to be served on Plaintiff via first-class mail postage prepaid to:

Marc Pierre Hall, *pro se*
R11691-058
Victorville United States Penitentiary
P.O. Box 5500
Adelanto, CA 92301

_____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7157
(202) 514-8780 (facsimile)