UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARC PIERRE HALL,** )<br>)<br>   **Plaintiff,** )<br>)<br>       v. )<br>)<br>**UNITED STATES, et al.,** )<br>)<br>   **Defendants.** )<br>_____) | Civil Action No. 1:07-cv-01149 (RMC) |

**DEFENDANTS' MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants respectfully request an enlargement of time to and including February 8, 2008, to file an answer or otherwise respond to the complaint in this case. In support of this motion, Defendants state the following:

1. In preparing a response to Plaintiff's complaint, the undersigned discovered that Plaintiff has been adjudged, in another jurisdiction, to be in violation of the Prison Litigation Reform Act's three strikes provision. Accordingly, today, Defendants filed with this Court a Motion to Reconsider the Court's August 28, 2007, Order Granting Plaintiff's Motion for Leave to Proceed In Forma Pauperis.

2. As a result of today's filing, which took time away from preparing a response to Plaintiff's complaint, Defendants respectfully request an extension until February 8, 2008, to file a response to Plaintiff's complaint.

3. Because Plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned has not attempted to contact plaintiff regarding his position on this motion.[1]

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

WHEREFORE, Defendants respectfully request that this enlargement be granted. A minute order is respectfully requested.

January 23, 2008                              Respectfully submitted,

    /s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

  /s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

  /s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7157
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I certify that on this 23rd day of January 2008, I caused the foregoing Defendants' Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint to be served on Plaintiff via first-class mail postage prepaid to:

Marc Pierre Hall, *pro se*
R11691-058
Victorville United States Penitentiary
P.O. Box 5500
Adelanto, CA 92301

_/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7157
(202) 514-8780 (facsimile)