United States District Court
District of Columbia
Case No. 1:07CV01149 (RMC)

Marc Pierre Hall,
 Plaintiff,

vs.

United States, et. al.,
 Defendants

---

Motion for Extention of Time
Rule 6 F.R.CV.P & Affidavit

---

Petitioner respectfully requests an extention of time to file a response to Defendant's Motion To Dismiss for the following good cause:

1. The defendants dated their Motion To Dismiss by certificate of service on January 11, 2008. However, the post date on the envelope was dated 2/11/08. The exhibits will be included in Plaintiff's response under Rule 11b violations; FRCVP.

2. Plaintiff received the defendant's Motion To Dismiss on February 21, 2008.

3. Plaintiff requests (30) days to file his response respectfully.

**RECEIVED**
FEB 2 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

page 2/2
Case No. 1:07cv1149
Hall vs. USA

I therefore duly depose pursuant penalty of perjury that the foregoing is true to the best of my knowledge, belief and understanding 28 USC 1746.

this day 2/21/08
Respectfully Submitted

Certificate of Service

I, _____ duly depose under 28 USC 1746 penalty that a copy was deposited with prison officials first class postage to:

1. U.S Dist. Court 333 Constitution Ave. NW, W.DC 20001

2. U.S Dept. of Justice K. Adebonojz
   U.S Attorney's Office
   555 fourth St., NW, WD 20001

this day 2/21/08