UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARC PIERRE HALL, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-1149 (RMC) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| Defendants. | ) |

## ORDER

For the reasons stated in the Memorandum Opinion filed concurrently herewith, it is this 6th day of March 2008, hereby

**ORDERED** that Defendants' Motion to Reconsider the Order Granting Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* [Dkt. No. 22] is **GRANTED**; and it is

**FURTHER ORDERED** that the Order granting Mr. Hall's motion for leave to proceed *in forma pauperis* [Dkt. No. 8] is **VACATED**; and it is

**FURTHER ORDERED** that no later than April 21, 2008, Mr. Hall shall pay to the Clerk of Court the filing fee of $350 to maintain this action or suffer dismissal of the case.

DATE: March 6, 2008

/s/
ROSEMARY M. COLLYER
United States District Judge

.