United States District Court
District of Columbia
Case No. 1:07CV 01149 (RMC)

Marc Pierre Hall,
   Plaintiff,

vs.

United States et. al.
   Defendants,

---

Second Request for Extention of Time for Rule 11(b) F.R.CV.P Exhaustion and Affidavit

---

Plaintiff requests respectfully, that the Honorable Court grant Plaintiff the required (21) days under Rule 11(b) F.R.CV.P to exhaust the notice requirement under Rule (5). This request is in addition to the first (30) day extention.

Plaintiff avers that the documents filed before the court are untrue, perjurous and misrepresented and requires correction.

Wherefore may the court grant the additional (21) days under the rule.

Respectfully Submitted
this day 3/1/2008. - 28 USC 1746

RECEIVED
MAR 6 - 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Hall v. USA, et. al.
No. 1:07CV01149 (RMC)

(2)

Certificate of Service

I, MW, duly depose under penalty of 28 USC 1746 that a copy was deposited with prison officials at (USP) Victorville, CA. first class postage prepaid to:

1. U.S District Court, 333 Constitution Ave., N.W, W.DC 20001.

2. U.S Dept. of Justice, U.S Attorney's office 555 fourth st. NW, W.DC 20001

this day 3/1/2008

Exhibit A

United States District Court
District of Columbia
Case No. 1:07 CV 01149 (RMC)

Marc Pierre Hall,
    Plaintiff,

vs.

United States et. al.
    Defendants

Notice of Rule 11(b) F.R.Cv.P
Pursuant Rule (5)

Plaintiff hereby files and serves his Rule 11(b) F.R.Cv.P Motion upon defendants as attached hereto pursuant Rule (5) which such defendants have (21) days to take corrective actions of the documents filed before the court as described therein.

Respectfully Submitted
this day 3/1/2008

Certificate of Service

I, [signature] duly depose under 28 USC 1746 that a copy was mailed to:

1. U.S Dept. of Justice, U.S Attorney's Office
555 Fourth St. NW, W. DC 20001

this day 3/1/2008