United States District Court
District of Columbia
Case No. 07-1149 (RMC)

Marc Pierre Hall,
   Plaintiff,

vs.

United States et.al.,
   Defendants,

## Notice of Interlocutory Appeal

Mr. Hall hereby files his Interlocutory Appeal regarding the District Court's Order dated 3/6/08 for (IFP) status which vacated the court's previous order.

Mr. Hall challenges the court's jurisdiction under (IFP) status which is immediately appealable in civil rights actions.

Issue presented:

1. Whether the court erred in granting defendant's motion to vacate Plaintiff's (IFP) status under imminent danger, that will deprive access to the Court for a Constitutional Right at stake.

RECEIVED
MAR 21 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Hall v. USA et. al.
Case no. 1:07CV1149 RMC
(2)

supporting facts wills be contained in plaintiff's appeal brief. There is case law regarding the plaintiff's constitutional right at stake and the inability to pay upfront, rather over a period of time. Plaintiff is segregated and does not have access to his legal materials, or means to pay upfront. The district court has already received partial payment in this case.

In Ex parte Lange the clerk's office had accepted a payment by defendant to satisfy a lesser punishment. The clerk tried to reimburse the payment and rescind the order. The S.ct. stated the punishment was satisfied because "the court accepted the payment".

Wherefore, the (IFP) is jurisdictional and can be raised immediately on the grounds herein.

Respectfully submitted
this day 3/18/08 the attached
Affidavit fully incorporated.

.JW.

1. JW. depose under penalty of perjury 28 USC 1746 that the original was attached to the fully incorporated affidavit first class postage by delivery to prison officials for service by court to: U.S Dist. Court 333 Constitution Ave. W.DC 20001. this day 3/18/08   JW.

United States District Court
District of Columbia
Case No. 07CV01149

Marc Pierre Neill,
   Plaintiff,
   vs.
United States et. al.,
   Defendants

---

Affidavit and Motion To
Take Judicial Notice Rule 201
Federal Rules of Evidence

---

I, MN, depose under penalty of perjury 28 USC 1746 that the following is true to the best of my knowledge, belief and understanding:

1. I am presently incarcerated at (USP) Victorville, CA. where I was subject to unconstitutional conditions and safety violations in Special Housing Unit (SHU), where or to which I filed the pending action.

2. On or about 3/16/08 I was placed back in (SHU) at (USP) Victorville, CA. for alleged policy violation where the illegal conditions are persistent.

3. May the court take Judicial notice of the facts that have not changed Included in the

Hall v. USA 7CV01149

(2)

pending action for injunction.

4. Further, Plaintiff cannot serve defendants because of the following: 1). no additional paper; 2) time restraints; 3) limited issue; 4). no postage; 5). limited envelopes and 6). Account frozen no access to commissary.

5. May the court serve the defendant's copy. Plaintiff was granted (IFP) status.

Respectfully Submitted
This day 3/18/08

28 USC 1746

Certificate of Service

I, W., depose under penalty of perjury 28 USC 1746 that an original was mailed first class postage by delivery to prison officials for service to defendants by the court below:

1. Clerk's office U.S District court
333 Constitution Ave.
W. DC 20001

This day 3/18/08

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARC PIERRE HALL,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-1149 (RMC)<br>)<br>)<br>)<br>)<br>) |

## ORDER

For the reasons stated in the Memorandum Opinion filed concurrently herewith, it is this 6th day of March 2008, hereby

**ORDERED** that Defendants' Motion to Reconsider the Order Granting Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* [Dkt. No. 22] is **GRANTED**; and it is

**FURTHER ORDERED** that the Order granting Mr. Hall's motion for leave to proceed *in forma pauperis* [Dkt. No. 8] is **VACATED**; and it is

**FURTHER ORDERED** that no later than April 21, 2008, Mr. Hall shall pay to the Clerk of Court the filing fee of $350 to maintain this action or suffer dismissal of the case.

DATE: March 6, 2008

/s/
ROSEMARY M. COLLYER
United States District Judge