UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARC PIERRE HALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:07-cv-01149 (RMC) |
| | ) |
| UNITED STATES, et al., | ) |
| | ) |
| Defendants. | ) |

**MOTION TO ENLARGE TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION
TO DEFENDANTS' MOTION TO DISMISS AND OPPOSITION TO PLAINTIFF'S
MOTION TO RECONSIDER VACATION OF *IN FORMA PAUPERIS* STATUS**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants respectfully request an enlargement of time to and including April 21, 2008, to file a reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss AND Defendants' opposition to Plaintiff's Motion to Reconsider Vacating of Plaintiff's *In Forma Pauperis* ("IFP") Status. In support of this motion, Defendants state the following:

1. The reply to Plaintiff's opposition to Defendants' Motion to Dismiss is due today and opposition to Plaintiff's Motion to Reconsider the Vacation of his *IFP* Status is due on April 4, 2008.

2. Plaintiff has filed quite a few pleadings lately including the pending Motion to Reconsider and an interlocutory appeal from the same Order. Plaintiff's pleading raise some questions that require consultation with Agency Counsel. Furthermore, this enlargement will enable the undersigned to more efficiently respond to Plaintiff's pleadings by doing so at one time.

3.   Because Plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned has not attempted to contact plaintiff regarding his position on this motion.[1]

WHEREFORE, Defendants respectfully request that this enlargement be granted. A minute order is respectfully requested.

March 28, 2008                               Respectfully submitted,

                                             _/s/_____
                                             JEFFREY A. TAYLOR, D.C. BAR # 498610
                                             United States Attorney

                                             _/s/_____
                                             RUDOLPH CONTRERAS, D.C. BAR # 434122
                                             Assistant United States Attorney

                                             _/s/_____
                                             KENNETH ADEBONOJO
                                             Assistant United States Attorney
                                             Judiciary Center Building
                                             555 4th Street, N.W. – Civil Division
                                             Washington, D.C.  20530
                                             (202) 514-7157
                                             (202) 514-8780 (facsimile)

---

[1]   Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

**CERTIFICATE OF SERVICE**

I certify that on this 28th day of March, 2008, I caused the foregoing Defendants' Motion to file a reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss AND Defendants' opposition to Plaintiff's Motion to Reconsider Vacating of Plaintiff's *In Forma Pauperis* ("IFP") Status to be served on Plaintiff via first-class mail postage prepaid to:

Marc Pierre Hall, *pro se*
R11691-058
Victorville United States Penitentiary
P.O. Box 5500
Adelanto, CA 92301

                                                  /s/_____
                                              KENNETH ADEBONOJO
                                              Assistant United States Attorney
                                              Judiciary Center Building
                                              555 4th Street, N.W. – Civil Division
                                              Washington, D.C.  20530
                                              (202) 514-7157
                                              (202) 514-8780 (facsimile)