United States District Court
District of Columbia
Case No. 1-07CV01149-RMC

Marchétte Hall,
    Plaintiff,

vs.

United States et. al.
    Defendants,

**RECEIVED**
MAY 9 - 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Motion To Stay or Recall Notice of Interlocutory Appeal

---

Comes Now, Plaintiff respectfully requesting the court to either "Stay or Recall Notice of Interlocutory Appeal", because the court should first adjudicate the dispositive motions in this case without divesting its Jurisdiction until a later time. See Pub. Util. Dist. No. 1 v. FERC, 315 F.Supp.2d 89, 93-94 (DC. Cir. 2004)

Wherefore, It is hereby requested that the Notice of Interlocutory Appeal be stayed or recalled.

Respectfully Submitted
this day 5/1/08

Hall v. USA, et al.
1-07CV01149

(2)

Certificate of Service

I, M. depose under penalty of perjury 28 USC 1746 that a copy was deposited with prison officials first class postage to:

1. U.S District Court 333 Const. Ave. NW
   W. DC 20001

2. U.S Dept. of Justice c/o: K. Adebonjo
   Civ. Div.
   U.S Attorney's Office
   555 Fourth St. NW
   W. DC 20001

This day 5/1/08

