United States District Court
District of Columbia
Case No. 07-1149 (RMC)

Marc Pierre Hall,  )
       Plaintiff,  )
   vs.             )
United States, et. al. )
       Defendants, )

RECEIVED
JUN 2 - 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Motion To Stay Proceedings
And Notice of Interlucitory
Appeal for (IFP) Status

---

Comes Now Plaintiff requesting this court upon ruling on the attached "Objection To Court's Order To Construe pleadings as "Reconsideration Motion" without proper Notice & Affidavit," to Stay proceedings for leave to file Notice of Interlucitory Appeal for (IFP) Status that is the basis for this Court's Jurisdiction.

The issue on Interlucitory Appeal is:

1. Whether the Plaintiff may alternatively proceed under (IFP) Status pursuant Equal protection of law.

Hall v. USA et. al.
No. 07-1149 (RMC)

(2)

Wherefore may the court file the Stay of proceedings and Notice of Interlocutary Appeal.

Respectfully Submitted
this day 5/22/08
/MW/

Certificate of Service

I, MW, duly depose under 28 USC 1746 that a copy was deposited with prison officials first class postage prepaid to:

1. U.S District Court 333 Constitution Ave. NW W.DC 20001

2. U.S Attorney's office, 555 fourth St. NW W.DC 20001.

this day 5/22/08
/MW/