United States District Court
District of Columbia
Case No. 07-1149 (RMC)

Marc Pierre Hall,
    Plaintiff,
vs.
United States, et. al.
    Defendants

RECEIVED
JUN 2 - 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Objection To Court's Order
To Construe pleadings As
"Reconsideration Motion" without
Proper Notice & Affidavit

    Plaintiff had filed a "requested pleading" in the district court. The court had Ordered plaintiff to pay a filing fee. Somehow the mailing dates had bypassed the court's order. Mr. Hall's Requested pleadings were then taken by the court as "construed" for motion for reconsideration. Which was improper because no notice was received, see Duesenbury v. US, 151 Led2d 597 (2002)(The Notice requirement) and those pleadings were insufficient as to the court's order, that prejudiced the process by the court.

    Plaintiff therefore "objects" to the court

Hall v. USA et. al.
No. 07-1149 (RMC)

(2)

turning his pleadings into some other pleading.
Plaintiff fully adopts his attached/the record "Response To Defendant's Opposition for Reconsideration Order Vacating In forma Pauperis Status and To stay Proceedings" as his Motion for reconsideration under Due process of law.

May the record so reflect my objection and proper pleading.

this day 5/22/2008
Respectfully Submitted
/s/
28 USC 1746

Certificate of Service

I, /s/ duly depose under penalty of perjury that a copy was deposited with prison officials first class postage paid to:

1. U.S District Court 333 constitution Ave. NW W.DC 20001
2. U.S Attorney's Office 555 fourth St. NW W. DC 20001

this day 5/22/08 /s/