# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MARC PIERRE HALL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 07-1149 (RMC)** |
| | ) | |
| **UNITED STATES** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## MEMORANDUM OPINION

On March 6, 2008, the Court vacated plaintiff Marc Pierre Hall's *in forma pauperis* status based on the three-strike provision of 28 U.S.C. § 1915(g) and gave him until April 21, 2008, to pay the $350 filing fee applicable to this civil action. On May 7, 2008, the Court denied Mr. Hall's motion to reconsider, gave him an additional 30 days to pay the filing fee and granted the United States' motion to stay the proceedings pending Mr. Hall's payment of the filing fee. On June 2, 2008, Mr. Hall filed a "Motion to Stay Proceedings and Notice of Interlocutory Appeal for (IFP) Status," which the Court construes in part as a motion seeking certification to file an interlocutory appeal of the order vacating Mr. Hall's *in forma pauperis* status. For the following reasons, the Court will deny Mr. Hall's motion and will dismiss this case without prejudice to reinstatement upon plaintiff's payment of the filing fee.

The statute governing interlocutory appeals states in relevant part:

> When a district judge, in making in a civil action an order not otherwise appealable under this section, shall be of the opinion that such order involves a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation, he shall so state in writing in such order. The Court of Appeals which would have jurisdiction of an appeal of such action may thereupon,

in its discretion, permit an appeal to be taken from such order, if application is made to it within ten days after the entry of the order: Provided, however, That application for an appeal hereunder shall not stay proceedings in the district court unless the district judge or the Court of Appeals or a judge thereof shall so order.

28 U.S.C. § 1292(b).  Mr. Hall has provided no basis for this Court to certify an interlocutory appeal of the order vacating his *in forma pauperis* status.  Because Mr. Hall has not complied with the previous orders to pay the filing fee applicable to this civil action, the Court has no choice but to dismiss the case.  A separate Order accompanies this Memorandum Opinion.

Date:  July 2, 2008                                    /s/
                                   ROSEMARY M. COLLYER
                                   United States District Judge