UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARC PIERRE HALL,<br><br>   Plaintiff,<br><br>v.<br><br>UNITED STATES *et al.*,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-1149 (RMC)<br>)<br>)<br>)<br>)<br>) |

## ORDER

For the reasons stated in the Memorandum Opinion filed concurrently herewith and in the Memorandum Opinions of March 6, 2008 and May 7, 2008, it is

**ORDERED** that the stay of proceedings is **LIFTED**; it is

**FURTHER ORDERED** that Mr. Hall's Motion to Stay Proceedings and Notice of Interlocutory Appeal for (IFP) Status [Dkt. No. 42] is **DENIED**; it is

**FURTHER ORDERED** that all other pending motions [Dkt. Nos. 24, 29, 30, 32, 40] are **DENIED**; it is

**FURTHER ORDERED** that pursuant to 28 U.S.C. § 1915(g), Marc Pierre Hall is hereby barred from proceeding *in forma pauperis*; and it is

**FURTHER ORDERED** that this case is **DISMISSED** without prejudice.  This is a final appealable Order.


Date:  July 2, 2008                              /s/
                                           ROSEMARY M. COLLYER
                                           United States District Judge