United States District Court
District of Columbia
Civil Action No. 07-1149 (RMC)

Marcpierre Hill,
Appellant,

vs.

United States, et. al.,
Appellees,

**RECEIVED**

JUL 2 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Notice of Appeal

Comes Now Appellant in caption seeking to file his Notice of Appeal regarding the district court's dismissal of case No. 07-1149 (RMC). The following issues will be presented:

Issues:

1. Whether the district court effectively denied access to the court under the (IFP) statute 28 USC 1915(g) effecting an equal protection of law violation.

2. Whether the district court plainly erred denying an (IFP) status interlocutory appeal.

Hall v. USA /07-1149 (RMC)

(2)

May the Court promptly file the appeal.

Respectfully Submitted
this day July 17, 2008.

/s/

### Certificate of Service

I, /s/, duly depose under penalty of perjury 28 USC 1746 that a copy was deposited with prison officials first class mail to:

1. Clerk's Office, U.S District Court 333 Const. Ave., N.W, W.DC, 20001

2. U.S Dept. of Justice C/o: K. Adebonojo Civ. Div. / U.S Attorney's Office 555 Fourth St., NW W. DC 20001

/s/ this day 7/17/2008